UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED
OCT 2 4 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                          INDICTMENT NO. 7:24-CR-19-KKC
                            21 U.S.C. § 841(a)(1)

ROBERT E. PILGRIM

* * * * *

THE GRAND JURY CHARGES:

On or about August 15, 2023, in Magoffin County, in the Eastern District of Kentucky,

ROBERT E. PILGRIM

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

_____
FOREPERSON

/s/ for
_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:**     Mandatory special assessment of $100.